# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* § <br> KEVIN N. COLQUITT § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ABBOTT LABORATORIES, *et al.* § <br> § <br> Defendants. § | Civil Action No. 3:06-cv-01769-M |

**DEFENDANTS' JOINT APPENDIX IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Pursuant to Local Rule 7.1(i) and the Court order granting Defendants' Motion for Leave to File Joint Appendix in Support of Defendants' Motions to Dismiss, Defendants Johnson & Johnson, Cordis Endovascular, and Cordis Corporation (collectively "Cordis Corporation"); Abbott Laboratories and Abbott Vascular Solutions, Inc., (collectively "Abbott"); Boston Scientific Corporation ("Boston Scientific"); and Guidant LLC (f/k/a Guidant Corp.) (hereinafter, "Defendants") hereby file this Joint Appendix of Exhibits in support of their respective Motions to Dismiss:

| TAB | DESCRIPTION OF DOCUMENT | BATES NOS. |
|---|---|---|
| 1 | Declaration of Michele L. Buenafe in Support of Defendant's Motion to Dismiss for Lack of Jurisdiction ("Decl.") | J.D.App. 001-012 |
| 1-A | Decl. Exhibit A: Transcript of FDA's Circulatory System Devices Advisory Panel Open Session, dated April 23, 2001, *available at* http://www.fda.gov/ohrms/dockets/ac/01/transcripts/3747t1.rtf | J.D.App. 013-243 |
| 1-B | Decl. Exhibit B: *United States ex rel. George v. Boston Scientific Corp. et al.*, No. 4:07-02467, United States' Statement of Interest in Resp. to Deft.'s Mot. to Dismiss Plf.'s First Am. Compl. (S.D. Tex. June 2, 2010) [Dkt No. 73] | J.D.App. 244-253 |

| 1-C | Decl. Exhibit C: Article by S.P. Friedrich et al., titled *Investigational use of the Palmaz-Schatz biliary stent in large saphenous vein grafts*, published by The American Journal of Cardiology on Feb. 1993, *available at* http://www.sciencedirect.com | J.D.App. 254-256 |
| --- | --- | --- |
| 1-D | Decl. Exhibit D: Article by S.C. Wong et al., titled *Comparison of clinical and angiographic outcomes after saphenous vein graft angioplasty using coronary versus 'biliary' tubular slotted stents*, published by Circulation in Jan. 1995, *available at* http://circ.ahajournals.org/cgi/content/full/91/2/339 | J.D.App. 257-284 |
| 1-E | Decl. Exhibit E: Article by G. Dorros and G. Joseph, titled *Closure of a popliteal arteriovenous fistula using an autologous vein-covered Palmaz stent* published in the Journal of Endovascular Surgery in May 1995, *available at* http://jevtonline.org/doi/pdf/10.1583/1074-6218%281995%29002%3C0177%3ACOAPAF%3E2.0.CO%3B2 | J.D.App. 285-289 |
| 1-F | Decl. Exhibit F: Article titled *J&J's S.M.A.R.T. Stent Journal Ad Implies Off-label Use - FDA Says*, published by The Gray Sheet on May 17, 1999, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 290 |
| 1-G | Decl. Exhibit G: Article titled *FDA Off-label Use Concerns Focus on Biliary Stents, Mapping Catheters*, published by The Gray Sheet on June 7, 1999, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 291-292 |
| 1-H | Decl. Exhibit H: Article titled *Off-label Dissemination Still Must Disclose Interest, Unapproved Status*, published by The Gray Sheet on Aug. 2, 1999, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 293-294 |
| 1-I | Decl. Exhibit I: Article by S. Khanal et al., titled *Immediate and long-term results comparing coronary versus biliary tubular-slotted stents to treat old obstructed saphenous vein grafts*, published by Angiology in Aug. 2000 | J.D.App. 295-313 |
| 1-J | Decl. Exhibit J: Article titled *Intratherapeutics Intracoil PMA Foiled by Widespread Off-label Stenting*, published by The Gray Sheet on Apr. 30, 2001, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 314-316 |
| 1-K | Decl. Exhibit K: Article titled *Peripheral Stent Study Design Panel, Endpoint Data Development Urged*, published by The Gray Sheet on Apr. 30, 2001, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 317-318 |
| 1-L | Decl. Exhibit L: Article by Daniel A. Leung et al., titled *Selection of Stents for Treating Iliac Arterial Occlusive Disease*, published by the Journal of Vascular & Interventional Radiology in Feb. 2003 | J.D.App. 319-334 |
| 1-M | Decl. Exhibit M: Article by D.B. Abel, titled *Off-label Medical Device Use*, published by Endovascular Today in 2003, *available at* http://www.evtoday.com/FDA%20Articles/March2003.html | J.D.App. 335-337 |

| 1-N | Decl. Exhibit N: Article titled *Cordis Announces Nationwide Recall of Revised Stent Instructions*, published by Pharmaceutical Processing on May 10, 2004, *available at* http://www.pharmpro.com/Archives/2004/05/Cordis-Announces-Nationwide-Recall-of-Revised-Stent-Instructions/ | J.D.App. 338 |
|---|---|---|
| 1-O | Decl. Exhibit O: Article titled *Warning on Using Cordis Biliary Stent in the Vascular System*, published by Medical News Today on July 11, 2004, *available at* http://www.medicalnewstoday.com/articles/10572.php | J.D.App. 339 |
| 1-P | Decl. Exhibit P: Article by S. Portnoy, titled *Advertising and Promotion of Medical Devices*, published by the Journal of Health Law in 2006, *available at* http://www.lexisnexis.com/ | J.D.App. 340-358 |
| 1-Q | Decl. Exhibit Q: Article by Kenneth J. Cavanaugh, titled *Evaluation of Renal Artery Stenting*, published by Endovascular Today in Sept. 2006, *available at* http://www.bmctoday.net/evtoday/2006/09/article.asp?f=EVT0906_16.php | J.D.App. 359-361 |
| 1-R | Decl. Exhibit R: Article titled *FDA Official Scolds Industry for Supporting Off-Label Use of Biliary Stents*, published by The Gray Sheet on Oct. 30, 2006, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 362-363 |
| 1-S | Decl. Exhibit S: Article titled *FDA Rounds Up Biliary Stent Makers On Off-Label Promotion*, published by The Gray Sheet on Mar. 19, 2007, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 364-365 |
| 1-T | Decl. Exhibit T: Article by A. Astor, titled *Biliary Stent Makers to Submit Plans for Curbing Off-Label Use*, published in Device & Diagnostics Letter on Mar. 23, 2007 | J.D.App. 366 |
| 1-U | Decl. Exhibit U: Article by E. Pringle, titled *Device Makers Profit by Promoting Biliary Stents for Dangerous Unapproved Uses*, published by LawyersandSettlements.com on May 16, 2007, *available at* http://www.lawyersandsettlements.com/articles/00893/biliary-stents.html | J.D.App. 367-369 |
| 1-V | Decl. Exhibit V: Article by J. Bridges & W. Maisel, titled *Malfunctions and Adverse Events Associated With Off-Label Use of Biliary Stents in the Peripheral Vasculature*, published by the American Journal of Therapeutics in 2008, *available at* http://journals.lww.com/americantherapeutics/Abstract/2008/01000/Malfunctions_and_Adverse_Events_Associated_With.4.aspx | J.D.App. 370-376 |
| 1-W | Decl. Exhibit W: Article by B. Feder, titled *Little Data on Stent's Most Common Use*, published in the New York Times on Jan. 21, 2008 | J.D.App. 377-378 |

| | | |
|---|---|---|
| 1-X | Decl. Exhibit X: Article titled *US DOJ Finally Cracks Improper Promotion of Biliary Stents – Boston Probed, Rivals Stay Silent*, published in Clinica on Mar. 7, 2008 | J.D.App. 379-381 |
| 1-Y | Decl. Exhibit Y: Article titled *Biliary Stent Survey*, published by The Gray Sheet on Apr. 7, 2008, *available at* http://thegraysheet.elsevierbi.com | J.D.App. 382 |
| 1-Z | Decl. Exhibit Z: Article by A. Yustein et al., titled *U.S. Food and Drug Administration and Off-Label Use of Expandable Metal Biliary Stents within the Peripheral Vasculature*, published by the Journal of Vascular and Interventional Radiology in July 2008, *available at* http://www.jvir.org/article/S1051-0443(08)00401-6/abstract | J.D.App. 383-387 |
| 1-AA | Decl. Exhibit AA: Section 510(k) Premarket Notification Clearance Letter for K980823 from FDA, CDRH to Cordis Corporation, dated Dec. 18, 1998, *available at* http://www.accessdata.fda.gov/cdrh_docs/pdf/K980823.pdf | J.D.App. 388-390 |
| 1-BB | Decl. Exhibit BB: Warning Letter from FDA's Office of Compliance to Cordis Corporation, dated Apr. 28, 1999, *available at* http://www.accessdata.fda.gov/cdrh_docs/pdf/K980823.pdf | J.D.App. 391-393 |
| 1-CC | Decl. Exhibit CC: 510(k) Summary and Clearance Letter for the Guidant MEGALINIK Biliary Stent, K991032, dated April 30, 1999, *available at* http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=123061 | J.D.App. 394-398 |
| 1-DD | Decl. Exhibit DD: 510(k) Summary and Clearance Letter for the Guidant DYNALINK .035 Biliary Self-Expanding Stent System, K011881, dated July 18, 2001, *available at* http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=4865 | J.D.App. 399-403 |
| 1-EE | Decl. Exhibit EE: Letter from P. Frappaolo to Guidant, dated Oct. 18, 2002 (2002 FDA letter to biliary stent manufacturers) | J.D.App. 404-405 |
| 1-FF | Decl. Exhibit FF: Letter from P. Frappaolo to Boston Scientific Corp., dated Oct. 18, 2002 (2002 FDA letter to biliary stent manufacturers) | J.D.App. 406-407 |
| 1-GG | Decl. Exhibit GG: FDA Recall Notice titled Biliary Stents Instructions for Use, Class I Recall, dated May 4, 2004, *available at* http://www.fda.gov/MedicalDevices/Safety/RecallsCorrectionsRemovals/ListofRecalls/ucm064818.htm | J.D.App. 408 |
| 1-HH | Decl. Exhibit HH: FDA Safety Alert titled Precise Rx Nitinol Stent Transhepatic Biliary Stent System issued in May 2004, *available at* http://www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm155674.htm | J.D.App. 409 |

| | | |
|---|---|---|
| 1-II | Decl. Exhibit II: Relevant excerpts from the Office of Device Evaluation Annual Report for Fiscal Year 2006 and Fiscal Year 2007, *available at* http://www.fda.gov/downloads/AboutFDA/CentersOffices/CDRH/CDRHReports/ucm127516.pdf | J.D.App. 410-417 |
| 1-JJ | Decl. Exhibit JJ: 510(k) Summary and Clearance Letter for the RX Herculink Elite Biliary Stent System, K063481, dated Sept. 14, 2007, *available at* http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=23391 | J.D.App. 418-422 |
| 1-KK | Decl. Exhibit KK: Testimony before the U.S. Senate Special Committee on Aging by Daniel Schultz, Director, CDRH, FDA, dated September 17, 2008, *available at* http://www.fda.gov/NewsEvents/Testimony/ucm096272.htm | J.D.App. 423-425 |
| 1-LL | Decl. Exhibit LL: Boston Scientific Corp. Form 8-K, filed Jan. 27, 2006, *available at* http://www.sec.gov/Archives/edgar/data/885725/000110465906004363/0001104659-06-004363-index.htm | J.D.App. 426-520 |
| 1-MM | Decl. Exhibit MM: Boston Scientific Corp. Form 10-K, Exs. 10.47-10.50, filed Mar. 1, 2006, *available at* http://www.sec.gov/Archives/edgar/data/885725/000104746906002665/0001047469-06-002665-index.htm | J.D.App. 521-591 |
| 1-NN | Decl. Exhibit NN: Boston Scientific Corp. Form 8-K, filed Apr. 26, 2006, *available at* http://www.sec.gov/Archives/edgar/data/885725/000110465906027974/0001104659-06-027974-index.htm | J.D.App. 592-799 |
| 1-OO | Decl. Exhibit OO: Excerpts from the Am. Med. Ass'n, *Current Procedural Terminology* (2010 ed.) | J.D.App. 800-814 |
| 1-PP | Decl. Exhibit PP: Memorandum dated December 28, 1994 from Thomas A. Ault, Bureau of Policy Development, Health Care Financing Administration, to All Regional Administrators, titled *Medicare Coverage of Investigational Devices* | J.D.App. 815-826 |
| 1-QQ | Decl. Exhibit QQ: Memorandum dated February 14, 2008 from Steve Phurrough, Director, Coverage & Analysis Group, CMS, titled *Coverage Decision Memorandum for Percutaneous Transluminal Angioplasty (PTA) and Stenting of the Renal Arteries* (CAG-00085R4), *available at* http://www.cms.gov/MCD/viewdecisionmemo.asp?from2=viewdecisionmemo.asp&id=202& | J.D.App. 827-860 |

| | | |
|---|---|---|
| 1-RR | Decl. Exhibit RR: *CMS Manual System – Medicare National Coverage Determinations*, Pub. 100-03, National Coverage Determinations for Percutaneous Transluminal Angioplasty (20.7), v. 3 (Mar. 17, 2005), *available at* http://www.cms.gov/MCD/viewncd.asp?ncd_id=20.7&ncd_version=3&basket=ncd%3A20%2E7%3A3%3APercutaneous+Transluminal+Angioplasty+%28PTA%29 | J.D.App. 861-866 |
| 1-SS | Decl. Exhibit SS: *CMS Manual System – Medicare National Coverage Determinations*, Pub. 100-03, National Coverage Determinations for Percutaneous Transluminal Angioplasty (20.7), v. 6 (Feb. 14, 2008), *available at* http://www.cms.gov/mcd/viewncd.asp?ncd_id=20.7&ncd_version=6&basket=ncd%3A20%2E7%3A6%3APercutaneous+Transluminal+Angioplasty+%28PTA%29 | J.D.App. 867-874 |
| 1-TT | Decl. Exhibit TT: TriSpan Health Serv., *LCD for Outpatient Transcather Placement of Non-Coronary Artery Stents* (L1523) (effective June 24, 2002; rev. Mar. 8, 2005), *available at* http://coverage.cms.fu.com/mcd_archive/viewlcd.asp?lcd_id=1523&lcd_version=15&basket=lcd%3A1523%3A15%3AOutpatient+Transcatheter+Placement+of+Non%2DCoronary+Artery+Stents%3AFI%3ATriSpan+Health+Services+%2800230%29%3A | J.D.App. 875-885 |
| 1-UU | Decl. Exhibit UU: Palmetto GBA, *LCD for Non-Coronary Vascular Stents* (L6944) (effective Nov. 1, 2000; rev. Oct. 1, 2008), *available at* http://www.cms.gov/mcd/viewlcd.asp?lcd_id=6944&lcd_version=42&basket=lcd%3A6944%3A42%3ANon%2Dcoronary+Vascular+Stents%3ACarrier%3APalmetto+GBA+%2800883%29%3A | J.D.App. 886-897 |
| 1-VV | Decl. Exhibit VV: Pinnacle Bus. Solutions, Inc., *LCD for Non-Coronary Vascular Stents* (L16150) (effective Apr. 15, 2004; rev. Nov. 1, 2004), *available at* http://coverage.cms.fu.com/mcd_archive/viewlcd.asp?lcd_id=16150&lcd_version=6&basket=lcd%3A16150%3A6%3ANon+Coronary+Vascular+Stents%3ACarrier%3APinnacle+Business+Solutions%7C%7C+Inc%2E+%2D+Arkansas+%2800520%29%3A | J.D.App. 898-905 |
| 1-WW | Decl. Exhibit WW: Wisc. Phys. Serv. Ins. Corp., *LCD for Non-Coronary Vascular Stents/ Endovascular Graft Placement* (L19692-L19695) (effective Mar. 1, 1998; rev. Apr. 16, 2008), *available at* http://coverage.cms.fu.com/mcd_archive/viewlcd.asp?lcd_id=19692&lcd_version=16&basket=lcd%3A19692%3A16%3ANon%2DCoronary+Vascular+Stents%2FEndovascular+Graft+Placement%3ACarrier%3AWisconsin+Physicians+Service+Insurance+Corporation+%2800951%29%3A | J.D.App. 906-929 |

Dated: July 16, 2010

/s/ Kathleen McDermott
Kathleen McDermott (*pro hac vice*)
Barbara Van Gelder (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202.739.3000
Fax: 202.739.3001
kmcdermott@morganlewis.com
bvangelder@morganlewis.com
Joel S. Allen (TX Bar No. 00795069)
Elizabeth M. Bedell (TX Bar No. 24045469)
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: 214.466.4000
Fax: 214.466.4001
joel.allen@morganlewis.com
bbedell@morganlewis.com

*Counsel for Defendants Cordis Corporation and Johnson & Johnson*


/s/ Andrea W. Trento
Wayne B. Mason (TX Bar No. 13158950)
Katherine W. Binns (TX Bar No. 24028223)
Joseph P. Griffith (TX Bar No. 24045982)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
Phone: 469.227.8200
Fax: 469.227.8004
wayne.mason@sdma.com
Mitchell J. Lazris (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202.637.5600
Fax: 202.637.5910
mitch.lazris@hoganlovells.com
Stephen J. Immelt (*pro hac vice*)
Andrea W. Trento (*pro hac vice*)

        HOGAN LOVELLS US LLP
        Harbor East
        100 International Drive
        Baltimore, MD 21212
        Tel: 410.659.2700
        Fax: 410.659.2701
        stephen.immelt@hoganlovells.com
        andrea.trento@hoganlovelles.com

        *Counsel for Defendants Boston Scientific Corporation and Guidant LLC*


        /s/ Kathryn C. Arnold
        Michael E. McCue (TX Bar No. 13494150)
        Marie H. Kim (TX Bar No. 24048589)
        MEADOWS, COLLIER, REED, COUSINS,
        CROUCH & UNDERMAN, L.L.P
        901 Main Street, Suite 3700
        Dallas, TX 75202
        Phone: 214.744.3700
        Fax: 214.747.3732
        mmccue@meadowscollier.com
        mkim@meadowscollier.com
        Geoffrey E. Hobart (*pro hac vice*)
        Jonathan L. Marcus (*pro hac vice*)
        Kathryn C. Arnold (*pro hac vice*)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., NW
        Washington, DC 20004-2401
        Tel: 202.662.6000
        Fax: 202.662.6291
        ghobart@cov.com
        jmarcus@cov.com
        karnold@cov.com

        *Counsel for Abbott Laboratories and Abbott Vascular Solutions, Inc.*

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the above and foregoing has been served on all counsel of record via the Court's CM/ECF system on the 16th day of July, 2010.

        /s/ Kathleen McDermott

**DEFENDANTS' JOINT APPENDIX IN SUPPORT OF THEIR MOTIONS TO DISMISS**    Page 8
DB1/65218713.1