# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN N. COLQUITT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:06-cv-1769-M |
| ABBOTT LABORATORIES f/k/a Guidant Corporation, and ABBOTT VASCULAR SOLUTIONS, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion for Partial Summary Judgment of Original Source Jurisdiction [Docket Entry #247], as to which the Court held a hearing on September 17, 2014. The Motion is **GRANTED** in its entirety. An Opinion will be forthcoming.

**SO ORDERED**.

September 30, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS