IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____ DIVISION

(Name All Plaintiffs and Defendants)

CIVIL NUMBER _____

Complete the following if judgment
was rendered in another District:

vs.

District: _____
Docket Number: _____
Date Entered: _____

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the \_\_\_\_ day of _____,_____, in favor of _____

against _____
_____

in the sum of $ _____ with interest at the rate of

_____ per cent per annum from the _____ day of _____, _____.

Costs have been taxed by the Clerk of Court in the sum of $ _____.

Credits reflected by returns on execution in the sum of $_____.

The address of the defendant shown in this suit in which said judgment was rendered:_____
_____or nature of citation and date and place citation served:
_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _____ day of _____, 20\_\_\_\_.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk